| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | EASTERN DISTRICT OF TEXAS |

| | | |
|---|---|---|
| DAVID E. TAYLOR, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| versus | § | CIVIL ACTION NO. 1:15-CV-368 |
| | § | |
| CAROLYN W. COLVIN, | § | |
| Commissioner of Social Security, | § | |
| | § | |
| Defendant. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

The Plaintiff filed a post-judgment "Motion for Attorney's Fees" (Doc. No. 18) after the Commissioner's unopposed Motion to Remand was granted with respect to her application for disability-based benefits (Doc. Nos. 14, 16). This matter has been referred to the Honorable Keith Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge submitted a report recommending that the Motion for Attorney's Fees be granted. The court has considered the report and recommendation filed on October 31, 2016 (Doc. No. 20). No objections to the report and recommendation were filed and the court ACCEPTS the magistrate judge's report and recommendation.

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate judge is **ADOPTED**.

SIGNED at Beaumont, Texas, this 30th day of November, 2016.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE